NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WHITSERVE, LLC,**
*Plaintiff/Counterclaim Defendant-Cross Appellant,*

**and**

**WESLEY W. WHITMYER, JR.,**
*Third Party Defendant-Cross Appellant,*

**v.**

**COMPUTER PACKAGES, INC.,**
*Defendant/Counterclaim Plaintiff-Appellant.*

---

2011-1206, -1261

---

Appeals from the United States District Court for the District of Connecticut in case no. 06-CV-1935, Judge Alfred V. Covello.

---

## ON MOTION

---

## ORDER

Computer Packages, Inc. moves for an extension of time, until May 25, 2011, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The briefing schedule is stayed pursuant to Fed. Cir. R. 31(c).

FOR THE COURT

APR 2 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gene S. Winter, Esq.
    John A. Krause, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 1 2011

JAN HORBALY
CLERK